IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01513-MSK-BNB

MOUNTAIN STATE MEDIA, LLC, a Colorado limited liability company, and
WAYNE OSTERLOO, an individual,

Plaintiffs,

v.

ADAMS COUNTY, COLORADO, a Colorado governmental entity, and
ROBERT D. CONEY, an individual,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Defendants' Motion to Vacate Settlement Conference** [Doc. # 15, filed 10/8/2008] is GRANTED. The settlement conference set for October 30, 2008, at 9:00 a.m. is VACATED. A new settlement conference will be set at the request of the parties.

DATED: October 9, 2008