IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-01513-CMA-BNB | Date: November 3, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| MOUNTAIN STATES MEDIA, LLC, a Colorado limited liability company WAYNE OSTERLOO, an individual | Ronald Beattie |
| Plaintiff(s), | |
| v. | |
| ADAMS COUNTY, COLORADO, a Colorado governmental entity ROBERT D. CONEY, an individual | Heidi Miller Nathan Lucero |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 10:01 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Defendants' motion for protective order filed 10/08/08; Doc. 16 is granted in part and denied in part as stated on the record.**

Court in Recess 10:40 a.m. Hearing concluded. Total time in Court: 00:39

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.