IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01513-CMA-BNB

MOUNTAIN STATE MEDIA, LLC, a Colorado limited liability company, and
WAYNE OSTERLOO, an individual,

Plaintiffs,

v.

ADAMS COUNTY, COLORADO, a Colorado governmental entity, and
ROBERT D. CONEY, an individual,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Defendants' Motion for Protective Order** [Doc. # 16, filed 10/8/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to the depositions of Hal Warren and Mary Conboy, which shall not be had; and is GRANTED with respect to representatives of the Colorado Department of Transportation, who shall not be deposed until and unless the plaintiff establishes through other discovery that the meeting on May 11, 2007, is relevant to the matters at issue in the case or likely to lead to the discovery of admissible evidence. The Motion is DENIED with respect to the deposition of Rob Coney, who may be deposed about matters occurring at the meeting on May 11, 2007.

Dated November 3, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge