IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01513-CMA-BNB

MOUNTAIN STATES MEDIA, LLC, a Colorado limited liability company, and
WAYNE OSTERLOO, an individual,

    Plaintiffs,

v.

ADAMS COUNTY, COLORADO, a Colorado governmental entity, and
ROBERT D. CONEY, an individual,

    Defendants.

## ORDER GRANTING LEAVE TO SUPPLEMENT RESPONSE

The Court, having reviewed Plaintiff's Motion for Leave to Supplement Response Based on Newly Discovered Evidence (Doc. # 28), hereby GRANTS said motion, permitting Plaintiffs to supplement their Response to Defendants' Motion for Summary Judgment and Motion to Dismiss (Doc. # 14).

DATED: November  17 , 2008

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge