IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01513-CMA-BNB

MOUNTAIN STATE MEDIA, LLC, a Colorado limited liability company, and
WAYNE OSTERLOO, an individual,

Plaintiffs,

v.

ADAMS COUNTY, COLORADO, a Colorado governmental entity, and
ROBERT D. CONEY, an individual,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Motion to Amend Scheduling Order re Expert Disclosure Deadline** [docket no. 40, filed January 16, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 16, 2009**.


DATED: January 21, 2009