IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01513-CMA-BNB

MOUNTAIN STATE MEDIA, LLC, a Colorado limited liability company, and
WAYNE OSTERLOO, an individual,

Plaintiffs,

v.

ADAMS COUNTY, COLORADO, a Colorado governmental entity, and
ROBERT D. CONEY, an individual,

Defendants.

---

**ORDER**

---

This matter arises on the following:

(1)     **Plaintiffs' Motion to Compel Production of Defendant Coney's Personal Financial Information** [Doc. # 35, filed 1/14/2009] (the "Motion to Compel");

(2)     **Plaintiffs' Amended Motion to Compel Production of Defendant Coney's Personal Financial Information** [Doc. # 38, filed 1/15/2009] (the "Amended Motion to Compel"); and

(3)     **Plaintiffs' Motion for Leave to File Reply In Support of Amended Motion to Compel Production of Defendant Coney's Personal Financial Information** [Doc. # 45, filed 1/26/2009] (the "Motion to Reply").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. Consistent with the rulings on the record:

IT IS ORDERED that the Motion to Reply is GRANTED. The Clerk of the Court is directed to accept for filing Plaintiffs' Reply In Support of Amended Motion to Compel Production of Defendant Coney's Personal Financial Information [Doc. # 45-2].

IT IS FURTHER ORDERED that the Motion to Compel is DENIED as moot, having been superseded by the Amended Motion to Compel.

IT IS FURTHER ORDERED that the Amended Motion to Compel is GRANTED to require defendant Robert D. Coney to disclose the value of the following: (a) his net worth, (b) real estate holdings owned, and (c) investments and business interests owned; and to produce his federal tax returns for tax years 2005, 2006, and 2007.

IT IS FURTHER ORDERED that disclosure of the financial information specified above is conditioned on the entry of a blanket protective order along the lines of that specified in Gillard v. Boulder Valley School District, 196 F.R.D. 382 (D. Colo. 2000). The blanket protective order shall provide that the financial information shall be for attorneys' eyes only pending further order of the court. The parties shall prepare a proposed protective order and submit it on or before **January 30, 2009**, for my review.

IT IS FURTHER ORDERED that the specified financial information shall be disclosed to plaintiffs' counsel at the later of (a) **February 6, 2009**, or (b) entry of the blanket protective order.

Dated January 27, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge