IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01513-CMA-BNB

MOUNTAIN STATE MEDIA, LLC, a Colorado limited liability company, and
WAYNE OSTERLOO, an individual,

Plaintiffs,

v.

ADAMS COUNTY, COLORADO, a Colorado governmental entity, and
ROBERT D. CONEY, an individual,

Defendants.

---

# ORDER
---

This matter arises on the following:

(1) **Plaintiffs' Motion to Compel Production of Privilege Log That Meets Requirements of Federal Law** [Doc. # 51, filed 2/9/2009] (the "Motion for Privilege Log"); and

(2) **Plaintiffs' Motion to Compel Discovery Regarding Qualified Immunity Defense** [Doc. # 52, filed 2/9/2009] (the "Motion to Compel Discovery").

I held a hearing on the motions this afternoon and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Privilege Log [Doc. # 51] is DENIED because the Defendants' Revised Privilege Log [Doc. # 57-2] fully meets the requirements of such a log.

IT IS FURTHER ORDERED that the Motion to Compel Discovery [Doc. # 52] is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to require the defendants to respond fully and completely to Interrogatory No. 37. Defendants Robert Coney shall make a supplemental discovery response, in writing and under oath, on or before **March 2, 2009**; and

DENIED in all other respects.

Dated February 23, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge