IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01513-CMA-BNB

MOUNTAIN STATES MEDIA, LLC, a Colorado limited liability company, and
WAYNE OSTERLOO, an individual,

    Plaintiffs,

v.

ADAMS COUNTY, COLORADO, a Colorado governmental entity, and
ROBERT D. CONEY, an individual,

    Defendants.

## ORDER GRANTING LEAVE TO SUPPLEMENT RESPONSE

The Court, having reviewed Plaintiff's Motion for Leave to Supplement Response to Defendants' Motion for Summary Judgment and Motion to Dismiss (Doc. # 63), hereby GRANTS said motion.

The clerk of the court is directed to file in the attachment entitled Plaintiffs' Supplemental Response to Defendants' Motion for Summary Judgment and Motion to Dismiss (Doc. # 63-2) as of the date of this Order.

All further pleadings will be denied without prejudice unless they comply with D.C.COLO.LCivR 7.1A, which states in pertinent part:

> **Duty to Confer.** The court will not consider any motion, other than a motion under Fed.R.Civ.P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in

the motion, or in a certificate attached to the motion, the
specific efforts to comply with this rule.

DATED: March __4__, 2009

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court