IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01513-CMA-BNB

MOUNTAIN STATES MEDIA, LLC, a Colorado limited liability company, and
WAYNE OSTERLOO, an individual,

    Plaintiffs,

v.

ADAMS COUNTY, COLORADO, a Colorado governmental entity, and
ROBERT D. CONEY, an individual,

    Defendants.

---

**ORDER DENYING MOTION FOR NON-COMPLIANCE WITH LOCAL RULES**

---

Plaintiffs' Motion for Leave to File Supplement (Doc. # 66) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A. *See* this Court's Order dated March 4, 2009 (Doc. # 64).

    DATED: March __13__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge