IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01513-CMA-BNB

MOUNTAIN STATES MEDIA, LLC, a Colorado limited liability company, and
WAYNE OSTERLOO, an individual,

    Plaintiffs,

v.

ADAMS COUNTY, COLORADO, a Colorado governmental entity, and
ROBERT D. CONEY, an individual,

    Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT

Plaintiffs' Motion for Leave to File Supplement (Doc. # 68) is GRANTED. It is hereby

ORDERED that Plaintiffs' Supplement In Support of Motion for Summary Judgment (Doc. # 68-2) is accepted as filed.

DATED: April __3__, 2009

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge